UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL HURTADO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SYLVAN,<br><br>　　　　　Defendant. | Case No.  2:21-cv-00888-JDP (PC)<br><br>ORDER SETTING STATUS CONFERENCE<br><br>March 9, 2023, at 10:00 a.m. |

　　　　Plaintiff is a former county inmate proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983.  Motion practice has concluded, and claims remain against defendant Sylvan.  The court will hold a status conference on March 9, 2023, at 10:00 a.m.  Each party should file a status report by February 23, 2023, discussing: potential interest in a settlement conference, whether the case would benefit from another opportunity to brief dispositive motions, any practical limitations on going to trial at this juncture, and any other measure that would secure speedy and efficient resolution of this case.

　　　　Accordingly, it is hereby ORDERED that:

　　　　1. The court will hold a status conference by Zoom on March 9, 2023, at 10:00 a.m. to discuss the matters identified above.

　　　　2. The parties are directed to file status reports by no later than February 23, 2023.

1

3. Failure to comply with this order could result in the imposition of sanctions, including dismissal of this action.

IT IS SO ORDERED.

Dated:   <u>January 31, 2023</u>

                        JEREMY D. PETERSON
                        UNITED STATES MAGISTRATE JUDGE